IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.    ) | CRIMINAL ACTION |
| ) | NO. 07-cr-0258-05 |
| ) | |
| GREGORY JONES, ) | |
| a/k/a "G," ) | |
| ) | |
| Defendant. ) | |

## ORDER

**AND NOW**, this 12th day of June 2009, upon consideration of Defendant Gregory Jones's Motion to Suppress [Document No. 261], the evidentiary hearing and oral argument held thereon, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**Cynthia M. Rufe, J.**