CMR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | NO. 07-cr-0258-05 |
| GREGORY JONES, | ) | |
| a/k/a "G," | ) | |
| Defendant. | ) | |



FILED
JUN 26 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 26th day of June, 2009, upon consideration of the Government's First Motion in *Limine* [Document No. 212], Defendant Jones's Response [Document No. 261], and the Government's Supplemental Brief [Document No. 266], and after a hearing and oral argument thereon, it is hereby **ORDERED** that the Court's February 26, 2009 Order [Document No. 239] granting the Government's First Motion in *Limine* as Unopposed is **VACATED**.

It is **FURTHER ORDERED** that the Government's First Motion *in Limine* to admit evidence recovered during Defendant Jones's arrest is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Government Motion as to evidence of $85,400.00 in United States currency is **GRANTED**;

2. The Government Motion as to evidence of an estimated $45,000.00 in jewelry, including Rolex and Breitling watches and a diamond necklace, is **GRANTED**;

3. The Government Motion as to evidence of 15 cell phones is **DENIED WITHOUT PREJUDICE**;

4. The Government Motion as to evidence of business cards for South Street Mailbox Plus, two Enterprise locations and the Alamo branch at the Philadelphia International Airport is **GRANTED**;

5. The Government Motion as to evidence of the book entitled <u>Busted by the Feds: A Manual for Defendants Facing Federal Prosecution</u> is **DENIED**; and

6. The Government Motion as to the three greeting cards and their envelopes addressed to "Greg" is **GRANTED**.

Upon consideration of the Government's Second Motion in *Limine* [Document No. 213] and Defendant Jones's Response [Document No. 261], and after a hearing and oral argument thereon, it is hereby **ORDERED** that the Government's Second Motion *in Limine* is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.